*JUDGE SWAIN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFFICE COPY

------------------------------------------------x

MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

                Plaintiffs,

- against -

JESSICA SEINFELD and JERRY SEINFELD,

                Defendants.

------------------------------------------------x

Case No. 08 CV 00128

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Sneaky Chef, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

[ NONE ]

Date: January 7, 2008
New York, New York

Marc E. Kasowitz (MK 2597)
mkasowitz@kasowitz.com

KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs
Missy Chase Lapine and The Sneaky Chef, Inc.