*JUDGE SWAIN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

                Plaintiffs,

- against -

JESSICA SEINFELD and JERRY SEINFELD,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 08 CV 00128

**Notice of Appearance**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for plaintiffs. I certify that I am admitted to practice in this Court.

Dated: January 7, 2008
New York, New York

                              _____
                              Marc E. Kasowitz (MK 2597)
                              mkasowitz@kasowitz.com

                              KASOWITZ, BENSON, TORRES &
                                  FRIEDMAN LLP
                              1633 Broadway
                              New York, NY 10019
                              Phone: (212) 506-1700
                              Fax: (212) 506-1800

                              Attorneys for Plaintiffs
                              Missy Chase Lapine and The Sneaky Chef, Inc.