**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| MISSY CHASE LAPINE and THE SNEAKY CHEF, INC., | : | Case No. 08 CV 00128 |
| Plaintiffs, | : | **Notice of Appearance** |
| - against - | : | |
| JESSICA SEINFELD and JERRY SEINFELD, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for plaintiffs. I certify that I am admitted to practice in this Court.

Dated: January 7, 2008
New York, New York

_____
Daniel R. Benson (DB 6587)
dbenson@kasowitz.com

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs
Missy Chase Lapine and The Sneaky Chef, Inc.