JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 00128

------------------------------------------------------------x

MISSY CHASE LAPINE and THE SNEAKY : Case No. _____
CHEF, INC.,                       :
                                  :
                    Plaintiffs,   :   **Notice of Appearance**
                                  :
         - against -              :
                                  :
JESSICA SEINFELD and JERRY SEINFELD, :
                                  :
                    Defendants.   :
                                  :
------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for plaintiffs. I certify that I am admitted to practice in this Court.

Dated: January 7, 2008
New York, New York

_____
Maria Gorecki (MG 3205)
mgorecki@kasowitz.com

KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs
Missy Chase Lapine and The Sneaky Chef, Inc.