```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
MISSY CHASE LAPINE, THE SNEAKY
CHIEF, INC.

                    Plaintiffs,           Civil Action No.
                                          08 CV 00128(LTS)

        - against -
                                          AFFIDAVIT OF
                                          SERVICE
JESSICA SEINFELD and JERRY SEINFELD,

                    Defendants.

-------------------------------------------x

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )
```

FRANCISCO J. VELEZ, being duly sworn, deposes and says that he is employed by Kasowitz, Benson, Torres & Friedman LLP, attorneys for plaintiffs herein, is over the age of eighteen years and is not a party to the within action.

On the 8th day of January, 2008, deponent served true copies of the **Summons in a Civil Action bearing Case No. 08 CV 00128 (LTS), Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Rules of Practice of Judge Laura T. Swain, Individual Rules of Practice of Magistrate Judge Ronald L. Ellis, 3rd Amended Instructions for Filing an Electronic Case or Appeal, and the Notices of Appearance of Marc E. Kasowitz, Daniel R. Benson, Mark P. Ressler and Maria Gorecki** on defendants by delivering to and leaving same by hand with defendants' attorney Richard Menaker, Esq. at the offices of

Menaker & Herrmann, LLP located at 10 East 40th Street, 43rd Floor, New York, New York 10016 who stated that he was authorized to accept service of the Summons in a Civil Action bearing Case No. 08 CV 00128 (LTS), Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Rules of Practice of Judge Laura T. Swain, Individual Rules of Practice of Magistrate Judge Ronald L. Ellis, 3rd Amended Instructions for Filing an Electronic Case or Appeal, and the Notices of Appearance of Marc E. Kasowitz, Daniel R. Benson, Mark P. Ressler and Maria Gorecki on behalf of defendants, this being the address designated by said attorneys for that purpose upon the preceding papers in this action.

_____
FRANCISCO J. VELEZ

Sworn to before me this
8th day of January, 2008.

_____
Notary Public

FERMIN FIGUEROA, JR.
Notary Public, State of New York
No. 01FI4733897
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 20__

JUDGE SWAIN

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC., Plaintiffs,

V.

JESSICA SEINFELD and JERRY SEINFELD,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00128

TO: (Name and address of Defendant)

Jessica Seinfeld
211 Central Park West, Apt. 19F
New York, New York 10024

Jerry Seinfeld
211 Central Park West, Apt. 19F
New York, New York 10024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kasowitz, Benson, Torres and Friedman LLP
1633 Broadway
New York, New York 10019

By: Marc E. Kasowitz
    Daniel R. Benson
    Mark P. Ressler

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 0 7 2008
_____               _____
CLERK                                                 DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.