JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MISSY CHASE LAPINE and THE SNEAKY : Case No. _____  08 CV 00128
CHEF, INC., :
 :
                Plaintiffs, : **Notice of Appearance**
 :
        - against - :
 :
JESSICA SEINFELD and JERRY SEINFELD, :
 :
                Defendants. :
 :
------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for plaintiffs. I certify that I am admitted to practice in this Court.

Dated: January 7, 2008
New York, New York

                                            /s/ Mark P. Ressler
                                            Mark P. Ressler (MR 4985)
                                            mressler@kasowitz.com

                                            KASOWITZ, BENSON, TORRES &
                                              FRIEDMAN LLP
                                            1633 Broadway
                                            New York, NY 10019
                                            Phone: (212) 506-1700
                                            Fax: (212) 506-1800

                                            Attorneys for Plaintiffs
                                            Missy Chase Lapine and The Sneaky Chef, Inc.