UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

           Plaintiffs,

    - against -                       No. 08 CV 00128 (LTS)

JESSICA SEINFELD and JERRY SEINFELD,

           Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 2 5 2008

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-captioned action, through their undersigned attorneys, that, unless otherwise extended by this Court, the time for defendants to move, answer, or otherwise respond to the complaint is extended thirty (30) days to February 27, 2008.

Dated: January 16, 2008
        New York, New York

KASOWITZ, BENSON, TORRES &
    FRIEDMAN LLP

By: _/s/ Maria Gorecki_
Maria Gorecki (MG 3205)
1633 Broadway
New York, NY 10019
Phone: (212) 506-1700
Fax:  (212) 506-1800
e-mail: mgorecki@kasowitz.com

Attorneys for Plaintiffs Missy Chase Lapine
   and The Sneaky Chef, Inc.

MENAKER & HERRMANN LLP

By: _/s/ Richard G. Menaker_
Richard G. Menaker (RM-4714)
10 East 40th Street, 43rd Floor
New York, New York 10016
Phone: (212) 545-1900
Fax:  (212) 545-1656
e-mail:

Attorneys for Defendants Jessica
   Seinfeld and Jerry Seinfeld

The above Stipulation is SO ORDERED this 25 day of January, 2008

_/s/ Laura Taylor Swain_
Honorable Laura Taylor Swain
United States District Court Judge