UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

| | |
|---|---|
| MISSY CHASE LAPINE and THE SNEAKY CHEF, INC., : | ECF Case |
| Plaintiffs, : | No. 08-CV-128 (LTS) |
| -against- : | **NOTICE OF APPEARANCE** |
| JESSICA SEINFELD and JERRY SEINFELD, : | FILED ELECTRONICALLY |
| Defendants. : | |
| : | |

---------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and request that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
       February 22, 2008

                                COWAN, LIEBOWITZ & LATMAN, P.C.


                                By:    /s/ Thomas Kjellberg

                                   Thomas Kjellberg (TK 0605)

                                1133 Avenue of the Americas
                                New York, New York 10036
                                212-790-9200

                                *Attorney for Defendants*

22160/003/820816.1