UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MISSY CHASE LAPINE and
THE SNEAKY CHEF, INC.,

        Plaintiffs,

-v-                                        No. 08 Civ. 128 (LTS)(RLE)

JESSICA SEINFELD and JERRY SEINFELD,

        Defendants.

-------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2008

## ORDER

        WHEREAS, the Court has received an application from counsel for Plaintiffs Missy Chase Lapine and The Sneaky Chef, Inc., seeking to withdraw as counsel of record and substitute new counsel; and

        WHEREAS, such application failed to include a record of service on Plaintiffs and/or documentation of consent of Plaintiffs to such withdrawal and substitution; it is hereby

        ORDERED, that the application for substitution is denied without prejudice to renewal upon the filing of documentation of service of such application of Plaintiffs and/or documentation of the consent of Plaintiffs to such withdrawal and substitution.


Dated: New York, New York
       February 22, 2008

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

ATTY.WPD VERSION 12/1301