AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 08-CV-128 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JESSICA SEINFELD AND JERRY SEINFELD

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/25/2008 | *(signature)* Richard G. Menaker |
| Date | Signature |
| | Richard G. Menaker    RM-4716 |
| | Print Name    Bar Number |
| | Menaker & Herrmann, LLP, 10 East 40th Street |
| | Address |
| | New York   NY   10016 |
| | City   State   Zip Code |
| | (212) 545-1900    (212) 545-1656 |
| | Phone Number    Fax Number |