Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax (212) 584-099

Attorneys for Plaintiffs, Missy Chase Lapine and
The Sneaky Chef, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: FEB 2 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY :
CHEF, INC., :
: Civil Action No.: 08-CV-00128 (LTS)
Plaintiffs, :
:
: **NOTICE OF SUBSTITUTION OF**
v. : **COUNSEL**
:
JESSICA SEINFELD and JERRY SEINFELD, :
:
Defendants. :
:
:
------------------------------------------------------------x

Plaintiffs MISSY CHASE LAPINE and THE SNEAKY CHEF, Inc., through and by their undersigned attorney hereby give notice that Christopher A. Seeger and David R. Buchanan of the law firm SEEGER WEISS LLP are being substituted as counsel of record, replacing the current counsel of record, Marc E. Kasowitz, Daniel R. Benson, Mark P. Ressler, Maria Gorecki, and Rachel E. Lubert of the law firm KASOWITZ, BENSON, TORRES & FRIEDMAN LLP.

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz

Marc E. Kasowitz (MK 2597)
   mkasowitz@kasowitz.com
Daniel R. Benson (DB 6587)
   dbenson@kasowitz.com
Mark P. Ressler (MR 4985)
   mressler@kasowitz.com
Maria Gorecki (MG 3205)
   mgorecki@kasowitz.com
Rachel E. Lubert (RL 1563)
   rlubert@kasowitz.com

1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

Dated: February 14, 2008

SEEGER WEISS LLP

By: /s/

Christopher A. Seeger (CS 4880)
   cseeger@seegerweiss.com
David R. Buchanan (DB 6368)
   dbuchanan@seegerweiss.com

One William Street, Suite 10
New York, New York 10004
Tel. (212) 584-0757
Fax (212) 584-0799

Dated: February 14, 2008

SO ORDERED

/s/ 2/28/08