Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs Missy Lapine and
The Sneaky Chef, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MISSY CHASE LAPINE and THE SNEAKY
CHEF, Inc.,

                Plaintiffs,

                v.

JESSICA SEINFELD and JERRY SEINFELD,

                Defendants.

------------------------------------------------------------ x

Civil Action No.: 08-CV-00128 (LTS)

**PLAINTIFF'S MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

**ELECTRONICALLY FILED CASE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for

the Southern and Eastern Districts of New York, I, Christopher A. Seeger, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

                HOWARD B. MILLER
                Girardi | Keese
                1126 Wilshire Boulevard
                Los Angeles, CA., 90017
                Tel: (213) 977-0211
                Fax: (213) 481-1554

MAR 0 4 2008

HOWARD B. MILLER is a member in good standing of the State Bar of California. There are

no pending disciplinary proceedings against HOWARD B. MILLER in any State or Federal

Court. Attached hereto as Exhibit A is an original certificate of good standing from the State Bar

of California.


Dated: March 4, 2008

New York, New York

Respectfully submitted,

Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs Missy Lapine and
The Sneaky Chef, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

MISSY CHASE LAPINE and THE SNEAKY      :     Civil Action No.: 08-CV-00128 (LTS)
CHEF, Inc.,                                         :

                     Plaintiffs,            :

                     v.                    :     **AFFIDAVIT OF CHRISTOPHER A.**
                                           :     **SEEGER IN SUPPORT OF MOTION TO**
JESSICA SEINFELD and JERRY SEINFELD,       :     **ADMIT COUNSEL *PRO HAC VICE***

                 Defendants.        :     **ELECTRONICALLY FILED CASE**

                                           :

------------------------------------------------------ x

State of New York    )
                        )             ss:
County of New York )

Christopher A. Seeger, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above

       captioned action.  I am familiar with the proceedings in this case.  I make this statement

       based on my personal knowledge of the facts set forth herein and in support of Plaintiff's

       motion to admit Howard B. Miller, of the firm Girardi | Keese, as counsel *pro hac vice* to

       represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to

practice law in 1991.  I am also admitted to the bar of the United States District Court for

the Southern District of New York, and am in good standing with this Court.

3.    I have known Thomas V. Girardi and worked with him and members of his firm Girardi |

Keese since 2002.  I became acquainted with Howard B. Miller in December 2007.

4.    Howard B. Miller is a member of Girardi | Keese.

5.    I have found Howard B. Miller to be a skilled attorney and person of integrity.  He is

experienced in Federal practice and familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Howard B. Miller, *pro hac vice*.  A

proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Howard B. Miller, *pro hac*

*vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated:  March 4, 2008
New York, New York

Respectfully submitted,

Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
cseeger@seegerweiss.com

Sworn before me this 4th day
of March, 2008

NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-6062383 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

2

## AFFIDAVIT OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am

employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On March 4, 2008 I cause a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE***, to serve via U.S. Mail, with

proper postage prepaid on all counsel of record at the following addresses:

> Richard G. Menaker, Esq.
> Cheryl Lynette Davis, Esq.
> MENAKER & HERRMAN LLP
> 10 East 40th Street
> New York, NY 10016
>
> Richard Dannay, Esq.
> Thomas Kjellberg, Esq.
> COWAN, LIEBOWITZ & LATMAN, P.C.
> 1133 Avenue of the America's
> New York, NY 10036
> Tel. 212-790-9256
> Fax: 212-575-0671
>
> *Counsel for Defendants*

Dated:  March 4, 2008

_____
J. Daniel Mora

# EXHIBIT A

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

February 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOWARD B. MILLER, #31392 was admitted to the practice of law in this state by the Supreme Court of California on January 18, 1961; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

MISSY CHASE LAPINE and THE SNEAKY CHEF, Inc.,

        Plaintiffs,

        v.

JESSICA SEINFELD and JERRY SEINFELD,

        Defendants.

---------------------------------------------------------- x

    Civil Action No.: 08-CV-00128 (LTS)

    **ORDER FOR ADMISSION**
    ***PRO HAC VICE***
    **ON WRITTEN MOTION**

    **ELECTRONICALLY FILED CASE**

Upon the motion of Christopher A. Seeger, attorney for Missy Chase Lapine and The Sneaky Chef, Inc. and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

        HOWARD B. MILLER
        Girardi | Keese
        1126 Wilshire Boulevard
        Los Angeles, CA 90017
        Tel:  (213) 977-0211
        Fax: (213) 481-1554
        Email:  hmiller@girardikeese.com

is admitted to practice *pro hac vice* as counsel for Missy Chase Lapine and The Sneaky Chef, Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.


Dated:  March _____, 2008

New York, New York


By:  _____

United States District Court Judge