Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs Missy Lapine and
The Sneaky Chef, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MISSY CHASE LAPINE and THE SNEAKY    :   Civil Action No.: 08-CV-00128 (LTS)
CHEF, Inc.,                          :
                                     :
            Plaintiffs,              :   **PLAINTIFF'S MOTION TO ADMIT**
                                     :   **COUNSEL *PRO HAC VICE***
      v.                             :
                                     :
JESSICA SEINFELD and JERRY SEINFELD, :   **ELECTRONICALLY FILED CASE**
                                     :
            Defendants.              :
                                     :
                                     :
------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United Stated District Courts for the Southern and Eastern Districts of New York, I, Christopher A. Seeger, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> AMANDA L. MCCLINTOCK
> Girardi | Keese
> 1126 Wilshire Boulevard
> Los Angeles, CA., 90017
> Tel: (213) 977-0211
> Fax: (213) 481-1554

AMANDA L. MCCLINTOCK is a member in good standing of the State Bar of California. There are no pending disciplinary proceedings against AMANDA L. MCCLINTOCK in any State or Federal Court. Attached hereto as Exhibit A is an original certificate of good standing from the State Bar of California.

Dated: March 4, 2008

New York, New York

Respectfully submitted,

Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
cseeger@seegerweiss.com

Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
SEEGER WEISS LLP
One William Street
New York, NY 10004
Tel. (212) 584-0700
Fax. (212) 584-099

Attorneys for Plaintiffs Missy Lapine and
The Sneaky Chef, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MISSY CHASE LAPINE and THE SNEAKY       :   Civil Action No.: 08-CV-00128 (LTS)
CHEF, Inc.,                             :
                                        :
          Plaintiffs,                   :   **AFFIDAVIT OF CHRISTOPHER A.**
                                        :   **SEEGER IN SUPPORT OF MOTION TO**
    v.                                  :   **ADMIT COUNSEL *PRO HAC VICE***
                                        :
JESSICA SEINFELD and JERRY SEINFELD,    :
                                        :   **ELECTRONICALLY FILED CASE**
          Defendants.                   :
                                        :
                                        :
------------------------------------------------------------- x

State of New York   )
                    )  ss:
County of New York  )

Christopher A. Seeger, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Seeger Weiss LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Amanda L. McClintock, of the firm Girardi | Keese, as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thomas V. Girardi and worked with him and members of his firm Girardi | Keese since 2002. I recently became acquainted with Amanda L. McClintock.

4. Amanda L. McClintock is a member of Girardi | Keese.

5. I have found Amanda L. McClintock to be a skilled attorney and person of integrity. She is experienced in Federal practice and familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Amanda L. McClintock, *pro hac vice*. A proposed order is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Amanda L. McClintock, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: March 4, 2008
New York, New York

Respectfully submitted,

Christopher A. Seeger (CS-4880)
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 telephone
(212) 584-0799 facsimile
cseeger@seegerweiss.com

Sworn before me this __4th__ day of March, 2008

_____
NOTARY PUBLIC

Jose D. Mora
Notary Public State of New York
No. 03-8082383 Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 6, 2009

2

## AFFIDAVIT OF SERVICE

J. Daniel Mora, being duly sworn, hereby deposes and says:

I am over the age of eighteen years and not a party to the within action and am employed by the firm Seeger Weiss LLP, counsel for the plaintiff.

On March 4, 2008 I cause a true and correct copy of the foregoing

**PLAINTIFF'S MOTION TO ADMIT COUNSEL *PRO HAC VICE*,** to serve via U.S. Mail, with proper postage prepaid on all counsel of record at the following addresses:

>Richard G. Menaker, Esq.
>Cheryl Lynette Davis, Esq.
>MENAKER & HERRMAN LLP
>10 East 40th Street
>New York, NY 10016
>
>Richard Dannay, Esq.
>Thomas Kjellberg, Esq.
>COWAN, LIEBOWITZ & LATMAN, P.C.
>1133 Avenue of the America's
>New York, NY 10036
>Tel. 212-790-9256
>Fax: 212-575-0671
>
>*Counsel for Defendants*

Dated: March 4, 2008

_____
J. Daniel Mora

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AMANDA LEA MCCLINTOCK, #185935 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MISSY CHASE LAPINE and THE SNEAKY CHEF, Inc.,

    Plaintiffs,

v.

JESSICA SEINFELD and JERRY SEINFELD,

    Defendants.

---

Civil Action No.: 08-CV-00128 (LTS)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

**ELECTRONICALLY FILED CASE**

Upon the motion of Christopher A. Seeger, attorney for Missy Chase Lapine and The Sneaky Chef, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    AMANDA L. MCCLINTOCK
    Girardi | Keese
    1126 Wilshire Boulevard
    Los Angeles, CA 90017
    Tel:  (213) 977-0211
    Fax:  (213) 481-1554
    Email:  amcclintock@girardikeese.com

is admitted to practice *pro hac vice* as counsel for Missy Chase Lapine and The Sneaky Chef, Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:  March____, 2008

New York, New York

                        By: _____
                              United States District Court Judge