USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAR 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MISSY CHASE LAPINE and THE SNEAKY : Civil Action No.: 08-CV-00128 (LTS)
CHEF, Inc., :
 :
      Plaintiffs, : **ORDER FOR ADMISSION**
 : ***PRO HAC VICE***
      v. : **ON WRITTEN MOTION**
 :
JESSICA SEINFELD and JERRY SEINFELD, :
 : **ELECTRONICALLY FILED CASE**
      Defendants. :
 :
 :
------------------------------------------------------------- x

Upon the motion of Christopher A. Seeger, attorney for Missy Chase Lapine and The Sneaky Chef, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          AMANDA L. MCCLINTOCK
          Girardi | Keese
          1126 Wilshire Boulevard
          Los Angeles, CA 90017
          Tel: (213) 977-0211
          Fax: (213) 481-1554
          Email: amcclintock@girardikeese.com

is admitted to practice *pro hac vice* as counsel for Missy Chase Lapine and The Sneaky Chef, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: March 12, 2008
New York, New York

By: _____
United States District Court Judge