

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

                       Plaintiffs,

-against-

JESSICA SEINFELD and JERRY SEINFELD,

                       Defendants.

ECF Case

No. 08-CV-128 (LTS) (RLE)

**STIPULATION and ORDER**

---

The parties, through their undersigned counsel and subject to the Court's approval, stipulate as follows:

1.    Counsel, including recently substituted counsel for Plaintiffs, have conferred preliminarily in accordance with the Court's Initial Conference Order dated January 22, 2008 and Paragraph 2.B of the Court's Individual Practices.

2.    Defendants have consented to the filing of an Amended Complaint, for which this Stipulation and Order will serve as the requisite written consent pursuant to Fed. R. Civ. P. 15(a).

3.    Plaintiffs will file the Amended Complaint on or before **April 18, 2008**.

4.    Defendants will move or otherwise respond with respect to the Amended Complaint on or before **May 20, 2008**.

5.    Plaintiffs' opposition papers will be filed on or before **June 20, 2008**.

6.    Defendants' reply papers will be filed on or before **July 18, 2008**.

7. The parties agree that major issues of law can be effectively addressed at the pleading stage. In view of that, the parties propose a continuance of the Pre-Trial Conference to a date after July 18, 2008, or at the Court's convenience.

8. The Pre-Trial Conference scheduled for April 11, 2008 under the Court's Initial Conference Order is vacated and rescheduled to September 23, 2008 at 3:00 pm.

Dated: New York, New York
March 28, 2008

GIRARDI & KEESE

By: _Howard B. Miller_
Howard B. Miller

1126 Wilshire Boulevard
Los Angeles, California 90017
hmiller@girardikeese.com
(213) 977-0211
Attorneys for Plaintiffs

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _Richard Dannay_
Richard Dannay

1133 Avenue of the Americas
New York, New York 10036-6799
rxd@cll.com
(212) 790-9200
Co-Attorneys for Defendant Jessica Seinfeld

SEEGER WEISS LLP
Christopher Adam Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
One William Street Suite 10
New York, New York 10004
(212) 584-0700
Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP

By: _Orin Snyder_
Orin Snyder

200 Park Avenue
New York, NY 10166-0193
osnyder@gibsondunn.com
(212) 351-2400
Co-Attorneys for Defendant Jessica Seinfeld
and Attorneys for Defendant Jerry Seinfeld

SO ORDERED:

_____ 3/31/08
U.S.D.J.

2

22160/003/823089.4