UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MISSY CHASE LAPINE and
THE SNEAKY CHEF, INC.,

      Plaintiffs,

-v-                                            No. 08 Civ. 128 (LTS)(RLE)

JESSICA SEINFELD and JERRY SEINFELD,

      Defendants.

-------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: MAR 3 1 2008]

### ORDER

      WHEREAS, the Court has received an application from counsel for Defendants Jessica Seinfeld and Jerry Seinfeld, seeking to withdraw as counsel of record and substitute new counsel; and

      WHEREAS, such application failed to include a record of service on Defendants and/or documentation of consent of Defendants to such withdrawal and substitution; it is hereby

      ORDERED, that the application for substitution is denied without prejudice to renewal upon the filing of documentation of service of such application of Defendants and/or documentation of the consent of Defendants to such withdrawal and substitution.

Dated: New York, New York
       March 31, 2008

                                                /s/ _____
                                              LAURA TAYLOR SWAIN
                                              United States District Judge