```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

     Plaintiffs,

 -against-

JESSICA SEINFELD and JERRY SEINFELD,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF Case

No. 08-CV-128 (LTS) (RLE)

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JESSICA SEINFELD

 PLEASE TAKE NOTICE that, upon the accompanying Declaration of Orin Snyder, defendant Jessica Seinfeld hereby substitutes Orin Snyder of GIBSON, DUNN & CRUTCHER LLP for Richard Glen Menaker and Cheryl Lynette Davis of MENAKER & HERRMANN, LLP as her co-counsel of record.

Dated:  March 21, 2008  COWAN, LIEBOWITZ & LATMAN, P.C.

           By: _____
           Richard Dannay (rxd@cll.com)
           Thomas Kjellberg (txk@cll.com)

           1133 Avenue of the Americas
           New York, NY 10036
           Phone: (212) 790-9200
           Fax: (212) 575-0671
           *Co-counsel for Defendant Jessica Seinfeld*

22160/003/823838.1

Dated: March 21, 2008            MENAKER & HERRMANN, LLP

                                 By: *[signature]*
                                 Richard Glen Menaker (rmenaker@mhjur.com)
                                 Cheryl Lynette Davis (cdavis@mhjur.com)

                                 10 East 40th Street
                                 New York, NY 10016
                                 Phone: (212) 545-1900
                                 Fax: (212) 545-1656

                                 *Withdrawing Co-counsel*
                                 *for Defendant Jessica Seinfeld*


Dated: March 21, 2008            GIBSON, DUNN & CRUTCHER LLP

                                 By: *[signature]*
                                 Orin Snyder (osnyder@gibsondunn.com)

                                 200 Park Avenue
                                 New York, New York 10166-0193
                                 Phone: (212) 351-4000
                                 Fax: (212) 351-4035

                                 *Substituting Co-counsel*
                                 *for Defendant Jessica Seinfeld*

SO ORDERED:

*[signature]* 4/18/08

22160/003/823838.1

2