UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

               Plaintiffs,

   -against-

JESSICA SEINFELD and JERRY SEINFELD,

               Defendants.
------------------------------------x

ECF Case

No. 08-CV-128 (LTS) (RLE)

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT JERRY SEINFELD

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Orin Snyder, defendant Jerry Seinfeld hereby substitutes Orin Snyder of GIBSON, DUNN & CRUTCHER LLP for Richard Dannay and Thomas Kjellberg of COWAN, LIEBOWITZ & LATMAN, P.C and Richard Glen Menaker and Cheryl Lynette Davis of MENAKER & HERRMANN, LLP as his counsel of record.

Dated:     March 21, 2008     COWAN, LIEBOWITZ & LATMAN, P.C.

                                    By: _____
                                    Richard Dannay (rxd@cll.com)
                                    Thomas Kjellberg (txk@cll.com)

                                    1133 Avenue of the Americas
                                    New York, NY 10036
                                    Phone: (212) 790-9200
                                    Fax: (212) 575-0671
                                    *Withdrawing Counsel*
                                    *for Defendant Jerry Seinfeld*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2008

Dated:  March 21, 2008                MENAKER & HERRMANN, LLP

By: _____
Richard Glen Menaker (rmenaker@mhjur.com)
Cheryl Lynette Davis (cdavis@mhjur.com)

10 East 40th Street
New York, NY 10016
Phone: (212) 545-1900
Fax: (212) 545-1656

*Withdrawing Counsel
for Defendant Jerry Seinfeld*


Dated:  March 21, 2008                GIBSON, DUNN & CRUTCHER LLP

By: _____
Orin Snyder (osnyder@gibsondunn.com)

200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Substituting Counsel
for Defendant Jerry Seinfeld*


SO ORDERED:

_____ 4/18/08