SWAIN S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2008

MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

    Plaintiffs,

-against-

JESSICA SEINFELD, JERRY SEINFELD, HARPERCOLLINS PUBLISHERS, INC. and DEPARTURE PRODUCTIONS, LLC,

    Defendants.

ECF Case

No. 08-CV-128 (LTS) (RLE)

STIPULATION and ORDER

    The parties, through their undersigned counsel and subject to the Court's approval, stipulate as follows:

    1.    This amends the Stipulation and Order dated March 31, 2008 and entered as Docket No. 24 in this matter.

    2.    Plaintiffs filed their Amended Complaint on April 18, 2008.

    3.    Defendants will move or otherwise respond with respect to the Amended Complaint on or before **June 3, 2008**.

    4.    Plaintiffs' opposition papers will be filed on or before **July 15, 2008**.

    5.    Defendants' reply papers will be filed on or before **August 5, 2008**.

    6.    Memoranda of law in support of and in opposition to motions are limited to 40 pages, and reply memoranda are limited to 15 pages.

22160/003/827794.1

7. The Pre-Trial Conference will be held on September 23, 2008 at 3:00 pm, as previously ordered.

Dated: New York, New York
April 25, 2008

GIRARDI & KEESE

By: _____
Howard B. Miller

1126 Wilshire Boulevard
Los Angeles, California 90017
hmiller@girardikeese.com
(213) 977-0211
Attorneys for Plaintiffs

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard Dannay

1133 Avenue of the Americas
New York, New York 10036-6799
rxd@cll.com
(212) 790-9200
Attorneys for Defendant HarperCollins
Publishers, Inc. and Co-Attorneys for
Defendants Jessica Seinfeld and Departure
Productions, LLC

SEEGER WEISS LLP
Christopher Adam Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
One William Street Suite 10
New York, New York 10004
(212) 584-0700
Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP

By: _____
Orin Snyder

200 Park Avenue
New York, NY 10166-0193
osnyder@gibsondunn.com
(212) 351-2400
Attorneys for Defendant Jerry Seinfeld and Co-
Attorneys for Defendants Jessica Seinfeld and
Departure Productions, LLC

SO ORDERED:

_____ 5/6/08
U.S.D.J.

2

22160/003/827794.1