UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

               Plaintiffs,

      -against-

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC. and
DEPARTURE PRODUCTIONS, LLC,

               Defendants.

------------------------------------------------------------------ x

ECF Case

No. 08-CV-128 (LTS)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for HarperCollins Publishers L.L.C. ("HarperCollins") (sued as HarperCollins Publishers, Inc.) certifies that News Corporation (successor by reorganization to The News Corporation Limited), a publicly held company, is the ultimate parent corporation of HarperCollins.

Dated: New York, N.Y.
May 8, 2008

                                                      s/ Richard Dannay
                                          Richard Dannay (rxd@cll.com)
                                          Thomas Kjellberg (txk@cll.com)
                                          COWAN, LIEBOWITZ & LATMAN, P.C.
                                          Attorneys for Defendant
                                          HarperCollins Publishers, L.L.C.
                                          1133 Avenue of the Americas
                                          New York, NY  10036-6799
                                          (212) 790-9200

22160/003/829866.1