UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

| | |
|---|---|
| MISSY CHASE LAPINE and THE SNEAKY CHEF, INC., : | ECF Case |
| Plaintiffs, : | No. 08-CV-128 (LTS) |
| -against- : | **NOTICE OF APPEARANCE** |
| JESSICA SEINFELD, JERRY SEINFELD, : | FILED ELECTRONICALLY |
| HARPERCOLLINS PUBLISHERS, INC. and : | |
| DEPARTURE PRODUCTIONS, LLC, : | |
| Defendants. : | |

---------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears as Attorneys for Defendant HarperCollins Publishers, Inc., and Co-Attorneys for Defendants Jessica Seinfeld and Departure Productions, LLC, herein, and request that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       May 13, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By:   /s/ Thomas Kjellberg

Thomas Kjellberg

1133 Avenue of the Americas
New York, New York 10036
txk@cll.com
212-790-9200

*Attorneys for Defendants HarperCollins Publishers, Inc., and Co-Attorneys for Defendants Jessica Seinfeld and Departure Productions, LLC*

22160/003/820816.1