UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MISSY CHASE LAPINE and THE SNEAKY CHE*F*, INC.,

        Plaintiffs,

   v.

JESSICA SEINFELD, JERRY SEINFELD, HARPERCOLLINS PUBLISHERS, INC., and DEPARTURE PRODUCTIONS, LLC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08-CV-128 (LTS) (RLE)

## NOTICE OF APPEARANCE

    Please take notice that the undersigned hereby enters his appearance for Defendant Departure Productions, LLC, and requests that copies of all papers in this action be served upon him at the address listed below.

Dated:  New York, New York
        May 13, 2008

                                                        _____s/ Orin Snyder_____

                                                Orin Snyder (osnyder@gibsondunn.com)
                                               GIBSON, DUNN & CRUTCHER LLP
                                               200 Park Avenue
                                               New York, New York 10166-0193
                                               Phone: (212) 351-4000
                                               Fax: (212) 351-4035

                                               *Attorney for Defendant Departure Productions, LLC*

## CERTIFICATE OF SERVICE

    I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 13th day of May 2008, I served the Notice of Appearance of Orin Snyder and the Rule 7.1 Disclosure Statement, electronically (via ECF Notification), upon all counsel of record in this action.

                                                      _____
                                                      Angel S. Arias

100445640_1.DOC