UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

        Plaintiffs,

    v.

JESSICA SEINFELD, JERRY SEINFELD, HARPERCOLLINS PUBLISHERS, INC., and DEPARTURE PRODUCTIONS, LLC,

        Defendants.
------------------------------------- x

08-CV-128 (LTS) (RLE)

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Departure Productions, LLC hereby certifies that it has no parent corporation and that no publicly held corporation owns ten percent or more of stock in Defendant Departure Productions, LLC.

Dated: New York, New York
       May 13, 2008

                                                      s/ Orin Snyder

                                      Orin Snyder (osnyder@gibsondunn.com)
                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue
                                      New York, New York 10166-0193
                                      Phone: (212) 351-4000
                                      Fax: (212) 351-4035

                                      *Attorneys for Defendant*
                                      *Departure Productions, LLC*

## CERTIFICATE OF SERVICE

     I, Angel S. Arias, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 13th day of May 2008, I served the Notice of Appearance of Orin Snyder and the Rule 7.1 Disclosure Statement, electronically (via ECF Notification), upon all counsel of record in this action.

                                                                                      Angel S. Arias

100445640_1.DOC