

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MISSY CHASE LAPINE and THE SNEAKY CHEF, INC.,

                Plaintiffs,

-against-

JESSICA SEINFELD, JERRY SEINFELD, HARPERCOLLINS PUBLISHERS, INC. and DEPARTURE PRODUCTIONS, LLC,

                Defendants.

---

ECF Case

No. 08-CV-128 (LTS) (RLE)

STIPULATION and ORDER

       The parties, through their undersigned counsel and subject to the Court's approval, stipulate as follows:

       1.     This amends the Stipulation and Order dated May 6, 2008 and entered as Docket No. 29 in this matter.

       2.     Plaintiffs filed their Amended Complaint on **April 18, 2008**.

       3.     Defendants will move or otherwise respond with respect to the Amended Complaint on or before **June 17, 2008**.

       4.     Plaintiffs' opposition papers will be filed on or before **August 7, 2008**.

       5.     Defendants' reply papers will be filed on or before **August 27, 2008**.

       6.     Memoranda of law in support of and in opposition to motions remain limited to 40 pages, and reply memoranda are limited to 15 pages.

22160/003/823089.2

7. The Pre-Trial Conference will be held on September 23, 2008 at 3:00 pm, as previously ordered.

Dated: New York, New York
       May 2_, 2008

GIRARDI & KEESE

By: _____
    Howard B. Miller

1126 Wilshire Boulevard
Los Angeles, California 90017
hmiller@girardikeese.com
(213) 977-0211
Attorneys for Plaintiffs

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    Richard Dannay

1133 Avenue of the Americas
New York, New York 10036-6799
rxd@cll.com
(212) 790-9200
Attorneys for Defendant HarperCollins Publishers, Inc. and Co-Attorneys for Defendants Jessica Seinfeld and Departure Productions, LLC

SEEGER WEISS LLP
Christopher Adam Seeger
cseeger@seegerweiss.com
David R. Buchanan
dbuchanan@seegerweiss.com
One William Street Suite 10
New York, New York 10004
(212) 584-0700
Attorneys for Plaintiffs

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Orin Snyder

200 Park Avenue
New York, NY 10166-0193
osnyder@gibsondunn.com
(212) 351-2400
Attorneys for Defendant Jerry Seinfeld and Co-Attorneys for Defendants Jessica Seinfeld and Departure Productions, LLC

SO ORDERED:

_____ 5/29/08
U.S.D.J.

2