SWAIN, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

        Plaintiff,

v.

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

        Defendant.

------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: JUN 1 2 2008

08-CV-128 (LTS) (RLE)

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS JESSICA SEINFELD, HARPERCOLLINS PUBLISHERS, INC. AND DEPARTURE PRODUCTIONS, LLC

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Orin Snyder, Richard Dannay and Thomas Kjellberg of COWAN, LIEBOWITZ & LATMAN, P.C hereby withdraw as counsel of record for defendants Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions, LLC. Orin Snyder and Laura Browning of GIBSON, DUNN & CRUTCHER LLP are hereby substituted as counsel of record for HarperCollins Publishers, Inc. Accordingly, Orin Snyder and Laura Browning of GIBSON, DUNN & CRUTCHER LLP are counsel of record for all defendants.

Dated:    June 3, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Richard Dannay (rxd@cll.com)
Thomas Kjellberg (txk@cll.com)

1133 Avenue of the Americas
New York, NY 10036
Phone: (212) 790-9256
Fax: (212) 575-0671

*Withdrawing Counsel for Defendant Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions, LLC*

Dated:    June 3, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
Orin Snyder (osnyder@gibsondunn.com)
Laura Browning (lbrowning@gibsondunn.com)

200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Substituting Counsel for Defendant Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions, LLC*

SO ORDERED:

_____ 6/11/08
USDJ

2