UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

             Plaintiffs,

    v.                                                                               <u>*ORAL ARGUMENT REQUESTED*</u>

JESSICA SEINFELD, JERRY SEINFELD,                08-CV-128 (LTS) (RLE)
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION OF DEFENDANT JERRY SEINFELD IN SUPPORT OF HIS MOTION TO DISMISS THE SIXTH CLAIM OF THE FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Jerry Seinfeld's Motion to Dismiss the Sixth Claim of the First Amended Complaint, dated June 17, 2008, and all other papers served or filed herein, Defendant Jerry Seinfeld, by his undersigned attorneys, will move this Court, in the Courtroom of the Honorable Laura T. Swain, United States Judge, United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, 10007, at a time and date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Sixth Claim of the First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Defendant Jerry Seinfeld, through his undersigned attorneys, has made his best efforts to resolve informally the matters raised in this submission, including through the exchange of letters and telephone calls with Howard Miller, Esq., counsel for Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order entered by this Court on May 30, 2008 as docket number 35, answering papers, if any, are to be served on or before August 7, 2008, and reply papers, if any, are to be served on or before August 27, 2008.

DATED:   New York, New York
         June 17, 2008

                                        GIBSON, DUNN & CRUTCHER LLP

                                        By: _____
                                        Orin Snyder (OS-3122)
                                        Theodore J. Boutrous, Jr. (*Pro Hac Vice Pending*)
                                        Laura Browning (LB-9931)

                                        200 Park Avenue, 47th Floor
                                        New York, New York 10166-0193

                                        Telephone: (212) 351-4000
                                        Facsimile: (212) 351-4035

                                        *Attorneys for Defendant Jerry Seinfeld*

100464277_1.DOC