UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

               Plaintiffs,

v.

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

               Defendants.
------------------------------------------------x

*ORAL ARGUMENT REQUESTED*

08-CV-128 (LTS) (RLE)

**CERTIFICATE OF SERVICE**

     I, the undersigned attorney, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 17th day of June 2008, I served a true and correct copy of the Notice of Motion of Defendant Jerry Seinfeld to Dismiss the Sixth Claim of the First Amended Complaint, Defendant Jerry Seinfeld's Memorandum of Law in Support of His Motion to Dismiss the Sixth Claim of the First Amended Complaint, Declaration of Orin Snyder in Support of Jerry Seinfeld's Motion to Dismiss the Sixth Claim of the First Amended Complaint, Notice of Motion of Defendants Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions LLC to Dismiss the First Amended Complaint, Defendants Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions LLC Memorandum of Law in Support of Their Motion to Dismiss the First Amended Complaint and the Declaration of Orin Snyder in Support of Defendants Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions LLC, and all exhibits and appendixes attached thereto, by overnight courier, with proper postage prepaid, upon all counsel of record at the following addresses:

Christopher Adam Seeger
David R. Buchanan
Seeger Weiss LLP
One Williams Street, 10th Floor
New York, NY 10004
*Attorneys for Plaintiffs*

Howard B. Miller
Joseph Gjonola
1126 Wilshire Boulevard
Los Angeles, CA 90017
*Attorneys for Plaintiffs*

_____
Laura Browning