# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

OSnyder@gibsondunn.com

June 17, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 1 7 2008

Direct Dial
(212) 351-2400

Fax No.
(212) 351-6335

Client No.
T 22943-00001

VIA FACSIMILE

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: *Lapine v. Seinfeld*, 08-CV-128 (LTS) (RLE)

Dear Judge Swain:

On behalf of all Defendants, we respectfully submit this letter, at the request of the Electronic Case Filing section of the Clerk's Office, to request permission to file in hard copy certain documents that we will submit in support of Defendants' Motions to Dismiss, due June 17, 2008. We are proceeding in this fashion because the electronic filing system does not accommodate the electronic versions of the documents in question.

Specifically, we wish to file in hard copy the two books at issue in this case, *Deceptively Delicious* and *The Sneaky Chef*, and DVD copies of Jerry Seinfeld's appearances on the Late Show with David Letterman and E! News Live, all of which are referenced and relied upon in the Amended Complaint. We also intend to file color copies of certain exhibits (which cannot be filed electronically) and an interactive appendix to the Memorandum of Law of Defendants Jessica Seinfeld, HarperCollins and Departure Productions, LLC in Support of Their Motion to Dismiss. We intend to file all other papers associated with Defendants' motions to dismiss electronically on June 17, 2008.

Howard Miller, counsel for Plaintiffs, was contacted and indicated that since he has seen neither the motion of Defendants nor the materials he cannot at this point agree to their filing, and reserves all objections to the consideration of the materials by the Court.

**GIBSON, DUNN & CRUTCHER LLP**

Honorable Laura Swain
June 17, 2008
Page 2

We thank the Court for its kind consideration.

Respectfully submitted,

*[signature]*
Orin Snyder

cc: Howard Miller, Esq.
Christopher Seeger, Esq.

*[handwritten]:* The request is granted. Courtesy copies of all of the motion papers, exhibits and appendix must also be provided for chambers.

SO ORDERED.

*[signature]* 6/17/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE