UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

    Plaintiff,

v.

            08-CV-128 (LTS) (RLE)

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

    Defendant.
------------------------------------x

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the affidavit submitted herewith, Defendant Jerry Seinfeld, by his undersigned attorney, will move this Court, in the Courtroom of the Honorable Laura T. Swain, United States District Judge, United States Courthouse, 500 Pearl Street, Room 755, New York, New York, at a time and date to be determined by the Court, for an Order admitting Theodore J. Boutrous, Jr. *pro hac vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York. A proposed order is annexed hereto.

Dated: New York, New York
   June 17, 2008

            Respectfully submitted,

            GIBSON, DUNN & CRUTCHER LLP

       By: _____
           Orin Snyder (OS-3122)

           200 Park Ave., 47th Floor
           New York, New York 10166-0193
           Telephone: (212) 351-4000

           *Attorneys for Defendant Jerry Seinfeld*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

        Plaintiff,

v.

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

        Defendant.

------------------------------------- x

08-CV-128 (LTS) (RLE)

## ORDER

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant Jerry Seinfeld and the affidavit submitted in support thereof, and good cause having been shown, it is SO ORDERED that Theodore Boutrous is admitted to the bar of this Court *pro hac vice* this ___ day of June 2008.

 

HONORABLE LAURA T. SWAIN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MISSY CHASE LAPINE and THE SNEAKY : 
CHEF, INC., :
:
              Plaintiff, :
: 08-CV-128 (LTS) (RLE)
v. :
:
JESSICA SEINFELD, JERRY SEINFELD, :
HARPERCOLLINS PUBLISHERS, INC., and :
DEPARTURE PRODUCTIONS, LLC, :
:
              Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF ORIN SNYDER

STATE OF NEW YORK     )
                                 ) SS.
COUNTY OF NEW YORK   )

      I, ORIN SNYDER, being duly sworn, says:

      1.    I am an attorney admitted to practice in the State of New York and the United States District Court for the Southern District of New York. I am partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Jerry Seinfeld. I submit this affidavit in support of Jerry Seinfeld's motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for the admission of Theodore J. Boutrous, Jr. to the bar of this Court *pro hac vice*.

      2.    Mr. Boutrous is a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP. Mr. Boutrous is a member in good standing of the bar of the California and the bar of the District of Columbia. *See* Certificate Of Good Standing issued by California, dated June 13, 2008 (attached hereto at Exhibit 1) and Certificate of Good Standing issued by the District of Columbia, dated June 10, 2008 (attached hereto as Exhibit 2). Mr. Boutrous is familiar with the Federal Rules of Civil Procedure and with the Rules of this Court.

3. Accordingly, I respectfully request that Mr. Boutrous be admitted to the bar of this Court *pro hac vice*.

_____
Orin Snyder

Sworn before me this
17th day of June, 2008

_____
Notary Public

AGNES WILSON-POYOTTE
Notary Public, State of New York
No. 01WI4610094
Qualified in Kings County
Commission Expires 10/31/09

2

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

June 13, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THEODORE JOSEPH BOUTROUS, JR., #132099 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Director of Administration



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THEODORE J. BOUTROUS, JR.

was on the  4TH  day of  OCTOBER, 1989  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 10, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: /s/ M. Charles
> Deputy Clerk

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 17th day of June 2008, I served a true and correct copy of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Theodore Boutrous, Jr. and the supporting Affidavit of Orin Snyder and Proposed Order, by United States mail, with proper postage prepaid, upon all counsel of record at the following addresses:

> Christopher Adam Seeger
> David R. Buchanan
> Seeger Weiss LLP
> One Williams Street, 10th Floor
> New York, NY 10004
> *Attorneys for Plaintiffs*
>
> Howard B. Miller
> Joseph Gjonola
> 1126 Wilshire Boulevard
> Los Angeles, CA 90017
> *Attorneys for Plaintiffs*

Laura Browning

100459250_1.DOC