UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

          Plaintiff,

v.                                 08-CV-128 (LTS) (RLE)

JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

          Defendant.
------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2008

### ORDER

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant Jerry Seinfeld and the affidavit submitted in support thereof, and good cause having been shown, it is SO ORDERED that Theodore Boutrous is admitted to the bar of this Court *pro hac vice* this 27th day of June 2008.

 

                                            HONORABLE LAURA T. SWAIN
                                            United States District Judge