UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MISSY CHASE LAPINE and THE SNEAKY
CHEF, INC.,

                Plaintiffs,

    v.                                           *ORAL ARGUMENT REQUESTED*

                                                     08-CV-128 (LTS) (RLE)
JESSICA SEINFELD, JERRY SEINFELD,
HARPERCOLLINS PUBLISHERS, INC., and
DEPARTURE PRODUCTIONS, LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

       I, the undersigned attorney, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 27th day of August 2008, I served a true and correct copy of the Reply Memorandum of Law of Defendant Jerry Seinfeld in Further Support of His Motion to Dismiss the Sixth Claim of the First Amended Complaint and the Reply Memorandum of Law of Defendants Jessica Seinfeld, HarperCollins Publishers, Inc. and Departure Productions, LLC in Further Support of Their Motion to Dismiss, by electronic filing (via ECF submission) and email transmission upon the following counsel of record:

                        Christopher Adam Seeger
                        David R. Buchanan
                        Seeger Weiss LLP
                        One Williams Street, 10th Floor
                        New York, NY 10004

                        Howard B. Miller
                        Joseph Gjonola
                        1126 Wilshire Boulevard
                        Los Angeles, CA 90017

                                                          Laura Browning